HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
JEREMY MEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JEREMY MEEKS,  Defendant. | Case No. 2:14-cr-182 TLN  STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME  Date: October 16, 2014  Time: 9:30 a.m.  Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, OLUSERE OLOWOYEYE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JEREMY MEEKS, that the status conference hearing date of September 4, 2014 be vacated, and the matter be set for status conference on October 16, 2014 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 16, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Stipulation and Order to Continue Status Conference                    *U.S. v Meeks, 2:14-cr-182 TLN*

Dated:  August 28, 2014               Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender


                                      */s/ MATTHEW M. SCOBLE*
                                      MATTHEW M. SCOBLE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JEREMY MEEKS


Dated: August 28, 2014                BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Matt M. Scoble for Olusere Olowoyeye*
                                      OLUSERE OLOWOYEYE
                                      Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 4, 2014, status conference hearing be continued to October 16, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 16, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 28, 2014

                                      _____
                                      Troy L. Nunley
                                      United States District Judge